UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2022 OCT 20 P 12: 57

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 2:22-cr-132-NT |
| | ) | |
| MERIDETH C. NORRIS, D.O. | ) | |

## MOTION TO SEAL

The United States moves that the Indictment in this case, as well as all associated docket entries, be sealed. The public disclosure of the fact that an Indictment has been returned could result in the flight of the defendant, the destruction of evidence, or danger to law enforcement officers who seek to effectuate the defendant's arrest.

The Government requests that the Indictment and associated docket entries be unsealed upon the defendant's arrest.

Date:  October 20, 2022

DARCIE N. MCELWEE
United States Attorney

/s/ Nicholas M. Scott
Assistant U.S. Attorney

Granted

10/20/2022