UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA    )
    )
v.    )    **CRIMINAL NO. 2:22-cr-00132-NT**
    )
MERIDETH C. NORRIS, D.O.    )

### APPELLANT DR. MERIDETH NORRIS' NOTICE OF APPEAL

Notice is hereby given that Dr. Meredith Norris, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from Orders entered by this Court in the above-captioned proceeding, and from the verdict and judgment in this matter, entered on June 21, 2024. Specifically, Dr. Norris appeals related to pretrial and trial proceedings and verdict, but does not appeal the sentence.

Dated this 29th day of May 2025 at Portland, Maine.

Respectfully submitted,

/s/ Timothy E. Zerillo
Timothy E. Zerillo, Esq. (Bar No: 009108)
ZERILLO LAW FIRM, LLC
1250 Forest Avenue, Ste 3A
Portland, ME 04103
207-228-1139
*tim@zerillolaw.com*

Counsel for Defendant Dr. Merideth C. Norris, D.O.

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA  )
          )
v.           )  **CRIMINAL NO. 2:22-cr-00132-NT**
          )
MERIDETH C. NORRIS, D.O.  )

## <u>CERTIFICATE OF SERVICE</u>

   I, Timothy Zerillo, hereby certify that I have caused to be served via ECF the **DEFENDANT'S NOTICE OF APPEAL** on all counsel of record.

   Dated this 29th day of May 2025 at Portland, Maine.

         Respectfully Submitted,

         ZERILLO LAW FIRM, LLC

         /s/ Timothy E. Zerillo, Bar No. 9108
         Attorney for Dr. Merideth Norris
         1250 Forest Avenue, Ste 3A
         Portland, ME 04103
         *tim@zerillolaw.com*