UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **CRIMINAL NO. 2:22-cr-00132-NT** |
| ) | |
| MERIDETH C. NORRIS, D.O. ) | |

**MOTION TO APPOINT COUNSEL**

NOW COMES Appellant/Defendant, Merideth Norris, and moves for appointment of counsel for the following reasons:

1. The District Court case in this matter has concluded. There is now an appeal pending in the First Circuit Court of Appeals. The Defendant has filed a Financial Affidavit which has been received by the District Court. The Defendant seeks the appointment of Counsel for her appeal and to proceed *in forma pauperis*.

WHEREFORE, Counsel requests the Court grant Defendant/Appellant's Motion To Appoint Counsel.

Dated this 9th day of June 2025 at Portland, Maine.

Respectfully submitted,

/s/ Timothy E. Zerillo
Timothy E. Zerillo, Esq. (Bar No: 009108)
ZERILLO LAW FIRM, LLC
1250 Forest Avenue, Ste 3A
Portland, ME 04103
207-228-1139
*tim@zerillolaw.com*

Counsel for Defendant Dr. Merideth C. Norris, D.O.

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | **CRIMINAL NO. 2:22-cr-00132-NT** |
| ) | |
| MERIDETH C. NORRIS, D.O. ) | |

**CERTIFICATE OF SERVICE**

I, Timothy Zerillo, hereby certify that I have caused to be served via ECF the above motion on all counsel of record.

Dated this 9th day of June 2025 at Portland, Maine.

Respectfully Submitted,

ZERILLO LAW FIRM, LLC

/s/ Timothy E. Zerillo, Bar No. 9108
Attorney for Dr. Merideth Norris
1250 Forest Avenue, Ste 3A
Portland, ME 04103
*tim@zerillolaw.com*